## TREASURE ISLAND CORPORATION, Appellant,

v.

## PRAIRIE ISLAND INDIAN COMMUNITY, Appellee.

No. 2008–1535.
Opposition No. 91/115,866.
Cancellation Nos. 92/028,171, 92/028,379.

United States Court of Appeals, Federal Circuit.

May 22, 2009.

Steven J. Wadyka Jr., Greenberg Traurig LLP, Washington, DC, for Appellant.

Eric Orrin Haugen, Haugen Law Firm, Minneapolis, MN, for Appellee.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## STATES ROOFING CORPORATION, Appellant,

v.

## Donald C. WINTER, Secretary of the Navy, Appellee.

No. 2009–1289.

United States Court of Appeals, Federal Circuit.

May 22, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).